UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERVANDO GARCIA VILLEGAS,
individually and on behalf of others similarly
situated,

                *Plaintiff,*

-against-

PCPG LLC (d/b/a VITE VINOSTERIA),
CARMELO BENNICI, PINUCCIO URAS,
GERMAN RIZZO, AND, PIETRO
MOLENDINI,

                *Defendants..*
-----------------------------------------------------------X

Index No. 18-cv-2484

**STIPULATION OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and Defendants, that this action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as to all Defendants.

Dated:   New York, New York
            May 30, 2019

By: _____
Daniel Tannenbaum, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiff*

By: _____
Rocco Lamura
Tosolini, Lamura, Rasile & Toniutty LLP
70 W 36th street, Ste 12A
New York, NY 10018

*Attorneys for Defendants*

SO ORDERED:
    s/William F. Kuntz, II
_____
William F. Kuntz II, U.S.D.J.